ACCEPTED
03-16-00424-CR
12900446
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/26/2016 1:55:01 PM
JEFFREY D. KYLE
CLERK

No. 03-16-00424-CR

In the Court of Appeals
3rd District of Texas at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/26/2016 1:55:01 PM
JEFFREY D. KYLE
Clerk

**JOSHUA TATROE,**
**Appellant**

**vs.**

**THE STATE OF TEXAS,**
**Appellee**

---

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

**TO THE HONORABLE THIRD COURT OF APPEALS:**

NOW COMES, Joshua Tatroe ("Mr. Tatroe"), by and through his attorney of record, Kristin Etter, and files this, Appellant's First Motion for Extension of Time to File Brief pursuant to Texas Rule of Appellate Procedure 10.5 and in support thereof, would show the Court the following:

1. Appellant was convicted of Aggravated Seuxal Assault of a Child and Indecency with a Child by Contact on February 10, 2011 and was sentenced to 5 years in the Texas Department of Corrections and 8 years deferred adjudication after the 5 years in prison was completed.

APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE BRIEF – Page 1
*Joshua Tatroe, Appellant v. State of Texas, Appellee*
Cause No. 13-16-00424-CR

2. Appellant filed timely Notice of Appeal on June 17, 2016, appealing the denial of a writ of habeas corpus on May 20, 2016

3. The reporter's record and exhibits were filed on July 19, 2016.

4. Appellant's brief is due on September 26, 2016.

5. Appellant has made one previous request for extensions of time to file the brief.

6. Appellant requests an extension of time of thirty days until October 26, 2016 to file his brief.

7. Appellant's counsel presents the following facts to explain the need for an extension:

   a. Counsel recently returned back to work after maternity leave.

   b. After returning back to the office, counsel has many cases that required immediate attention and has been unable to devote the time necessary to finalize Appellant's appeal.

8. This request for an extension of time is not made for the purpose of delay, but to permit Appellant's counsel to adequately prepare and submit her brief in this case.

9. Appellant respectfully requests the Court grant Appellant's First Motion for Extension of Time to File Brief and extend such deadline for thirty (30) days.

10. The attorney for the State of Texas, John Prezas, is not opposed to this Motion.

Respectfully submitted,

**SUMPTER & GONZÁLEZ, L.L.P.**
206 E. 9th Street, Suite 1511
Austin, Texas 78701
Telephone: (512) 381-9955
Facsimile: (512) 485-3121

By: _____
Kristin Etter
State Bar No. 24038884
kristin@sg-llp.com

**ATTORNEY FOR APPELLANT**
**JOSHUA TATROE**

## CERTIFICATE OF SERVICE

By signing the above, I, Kristin Etter, certify that on September 26, 2016, a true and correct copy of the foregoing Appellant's First Motion for Extension of

Time to File Brief was served by eFile.TXCourts.gov or certified U.S. mail, return receipt requested and/or email on the following counsel of record:

Williamson County District Attorney's Office
John Prezas
405 M.L.K. Street, Suite 265
Georgetown, TX 78626

Kristin Etter